IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


**MESHA YANCY**                                                                                              **PLAINTIFF**


**VS.**                         **No. 4:22-cv-00088 PSH**


**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                                    **DEFENDANT**


## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE